1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   ESTELA GUTIERREZ,                )        Case No.: CV 11-5576 DSF (DTBx)
12                Plaintiff,          )
13       vs.                         )        JUDGMENT
14   FIELDSTONE MORTGAGE CO.,        )
15                Defendants.         )
16   _____ )
17

18       The Court having granted the motions to dismiss by Defendants Mortgage

19   Electronic Registration Systems, Inc., and Central Mortgage Company, and

20   Plaintiff not having timely responded to an Order to Show Cause re Dismissal for

21   Lack of Prosecution as to remaining Defendants,

22       IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the

23   action be dismissed without prejudice, and that Defendants recover their costs of

24   suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

25   Dated: _____  12/22/11
26                                          _____
27                                                    Dale S. Fischer
                                              United States District Judge
28